UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DIANE C. PHANOR, | ) | Case No. CV 07-4579 JC |
| Plaintiff, | ) ) | |
| | ) | JUDGMENT |
| v. | ) ) | |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) ) | |
| Defendant. | ) | |

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed in part and the matter is remanded for further administrative action consistent with the Memorandum Opinion and Order of Remand filed concurrently herewith.

DATED: May 27, 2008

　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　Honorable Jacqueline Chooljian
　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE