1  Young Cho
   Attorney at Law: 189870
2  Law Offices of Lawrence D. Rohlfing
   12631 E. Imperial Highway, Suite C-115
3  Santa Fe Springs, California 90670
   Tel.: (562) 868-5886
4  Fax: (562) 868-5491
   E-mail: rohlfing_office@msn.com
5
   Attorneys for Plaintiff Diane C. Phanor
6

7

8

9              **UNITED STATES DISTRICT COURT**

10             **CENTRAL DISTRICT OF CALIFORNIA**

11

12 | DIANE C. PHANOR,                  ) Case No.: CV 07-4579 JC
                                       )
13 |        Plaintiff,                 ) [PROPOSED] ORDER AWARDING
                                       ) EQUAL ACCESS TO JUSTICE ACT
14 |   vs.                             ) ATTORNEY FEES PURSUANT TO
                                       ) 28 U.S.C. § 2412(d)
15 | MICHAEL J. ASTRUE,                )
     Commissioner of Social Security,  )
16 |                                   )
            Defendant.                 )
17 | _____    )

18     Based upon the parties' Stipulation for the Award and Payment of Equal

19  Access to Justice Act Fees, IT IS ORDERED that the Commissioner shall pay to

20  Young Cho, as Plaintiff's assignee and subject to the reservation of rights, the

21  amount of two thousand nine hundred dollars ($2,900.00), as authorized by 28

22  U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

23  DATE:    July 17, 2008

24                          _____/s/_____
                            THE HONORABLE JACQUELINE CHOOLJIAN
25                          UNITED STATES MAGISTRATE JUDGE

26